**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
(HARTFORD)**

| | | |
|---|---|---|
| IN RE:  FRANKLYN G. HEUSSER | : | CASE NO:  17-31672 (AMN) |
| | : | |
| DEBTOR | : | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 9010, the undersigned hereby enters his appearance for and on behalf of creditor Webster Bank, N.A. in this matter.  The undersigned requests that notices of all matters in the above-captioned case, including those notices required to be sent under Bankruptcy Rule 2002, be sent to the undersigned attorney.

Dated:  January 18, 2018

                                                Respectfully submitted,

                                              By   /s/ Andrew P. Barsom, Esq.
                                                 Andrew P. Barsom, Esq.
                                                 Federal Bar No. ct27594
                                                 abarsom@sgllawgroup.com

                                            Seiger Gfeller Laurie LLP
                                            977 Farmington Ave. / Suite 200
                                            West Hartford, CT 06107
                                            T: 860-760-8400 / F: 860-760-8401
                                            Its Attorneys

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 18, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

/s/ Andrew P. Barsom, Esq.
Andrew P. Barsom – ct27594