UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| FRANKLYN G. HEUSSER | : | CASE NO. 17-31672 AMN |
| DEBTOR | : | FEBRUARY 2, 2018 |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM
OF EXEMPTIONS**

Roberta Napolitano, Trustee, hereby objects to the above-named debtor's claim for exemption with regard to the following:

The debtor claims real estate located at 27 Wakelee Avenue in Ansonia, CT exempt pursuant to 11 U.S.C. § 522 (d)(1) in the amount of $1.00.  This property is not the debtor's residence and therefore does not meet the definition of exemptible property.

Wherefore, the Trustee requests the debtor's claim for exemption pursuant to 11 U.S.C. § 522 (d)(1) as to his property located at 27 Wakelee Avenue in Ansonia, CT be disallowed.

Roberta Napolitano
Chapter 13 Standing Trustee

/s/Roberta Napolitano, Trustee
By Roberta Napolitano, Trustee
Federal Bar No.:  tr08378
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel:  860-278-9410, ext.110
Fax:  860-527-6185

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:                                                              :   CHAPTER 13

    FRANKLYN G. HEUSSER              :         CASE NO. 17-31672 AMN

       DEBTOR                                      :

ORDER

After proper notice and hearing, the Trustee's objection to the Debtor's claim of exemption as to a certain real estate located at 27 Wakelee Avenue in Ansonia, CT the Trustee's Objection is hereby:

GRANTED / DENIED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| FRANKLYN G. HEUSSER | : | CASE NO. 17-31672 AMN |
| DEBTOR | : | FEBRUARY 2, 2018 |

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the attached Trustee's Objection to the Debtor's Claim of Exemption and proposed Order, was forwarded to the following by first class, postage prepaid mail, on the above date:

**Debtor:**
FRANKLYN G. HEUSSER
27 PRINDLE AVENUE
ANSONIA, CT  06401

**Debtor's Counsel: via electronic notice**
NEIL CRANE, ESQ.
neilcranecourt@neilcranelaw.com

**Office of the U. S. Trustee: BY ELECTRONIC NOTICE**
USTPRegion02.NH.ECF@USDOJ.GOV
.

                                    Roberta Napolitano
                                    Chapter 13 Standing Trustee

                                    /s/Roberta Napolitano, Trustee
                                    By Roberta Napolitano, Trustee
                                    Federal Bar No.:  tr08378
                                    10 Columbus Blvd., 6th Floor
                                    Hartford, Connecticut 06106
                                    Tel:  860-278-9410, ext.110
                                    Fax:  860-527-6185