UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | : | |
|---|---|---|
| In re | : | CASE NO. 17-31672 (AMN) |
| | : | |
| FRANKLYN G. HEUSSER | : | (Chapter 13) |
| | : | |
| Debtor. | : | |
| | : | APRIL 10, 2018 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for the Ansonia Water Pollution Control Authority ("WPCA"), a creditor in the above-referenced bankruptcy case.  Pursuant to §§ 102(1), and 342 of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, counsel for the WPCA requests that all notices given/served or required to be given/served in this case or in any proceeding herein to be given to or served on the undersigned attorney.

                                                CREDITOR – ANSONIA WATER
                                                POLLUTION CONTROL AUTHORITY

                                                By   /s/ Sarah Gruber_____
                                                    Taruna Garg – ct28652
                                                    Sarah Gruber – ct29918

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  860.240.6000
Facsimile:   860.240.6150
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

/s/ Sarah Gruber
Sarah Gruber