UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | : | |
|---|---|---|
| In re | : | CASE NO. 17-31672 (AMN) |
| | : | |
| FRANKLYN G. HEUSSER | : | (Chapter 13) |
| | : | |
| Debtor. | : | |
| | : | APRIL 10, 2018 |

## **OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The Ansonia Water Pollution Control Authority (the "WPCA"), a secured creditor of the above-referenced debtor, by and through the undersigned counsel, hereby objects to confirmation of the Chapter 13 Plan (ECF No. 10) filed by Franklyn G. Heusser (the "Debtor"), dated November 30, 2017.

In support of its Objection, the WPCA respectfully represents as follows:

## **BACKGROUND**

1. On November 1, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Pursuant to the Debtor's Schedule A, the Debtor is the fee owner of real property located at 27 Prindle Avenue, Ansonia, Connecticut (the "Prindle Property"), which is a single-family home. (ECF No. 7 at 3.)

3. Pursuant to the Debtor's Schedule A, the Debtor is also the fee owner of real property located at 142 Wakelee Avenue, Ansonia, Connecticut (the "Wakelee Property"), which is a commercial property operated as a gas/service station. (ECF No. 7 at 4.)

4. Before and after the Petition Date, the WPCA has provided wastewater services to the Prindle Property and the Wakelee Property.

5. Prior to the Petition Date, the Debtor failed to pay for the services the WPCA provided to the Prindle Property and as a result, under Connecticut law, the WPCA holds a secured claim against the Debtor for unpaid sewer services in the amount of $1,955.72. (A copy of the WPCA's proof of claim filed on December 11, 2017 which attaches a breakdown of the amounts owed by the Debtor for the Prindle Property, is attached hereto as **Exhibit A**.) The amount of principal owed on the Prindle claim bears interest at 18% pursuant to Conn. Gen. Stat.§ 7-258(a).

6. Prior to the Petition Date, the Debtor failed to pay for the services the WPCA provided to the Wakelee Property and as a result, under Connecticut law, the WPCA holds a secured claim against the Debtor for unpaid sewer services in the amount of $3,554.27. (A copy of the WPCA's proof of claim filed on December 11, 2017 which attaches a breakdown of the amounts owed by the Debtor for the Wakelee Property, is attached hereto as **Exhibit B**.) The amount of principal owed on the Wakelee claim also bears interest at 18%.

7. The Debtor listed the WPCA as a secured creditor on Schedule D to its petition, but incorrectly listed the amount outstanding as $1.00. (ECF No. 7 at 14.)

8. The Debtor estimated sewer payments of $60/mo. in its Schedule J. (ECF No. 7 at 27.) However, the Debtor's average monthly sewer fees total approximately $83/mo for the Wakelee Property, and $44/mo. for the Prindle Property.

9. To date, the Debtor has not objected to any portion of the WPCA's secured claims.

10.    The Debtor's Chapter 13 Plan fails to account for the WPCA's secured claims totaling $5,509.99.

## ARGUMENT

11.    A Chapter 13 plan may not be confirmed if it modifies the rights of holders of claims secured by a security interest in real property that is the Debtor's principal residence. See 11 U.S.C. § 1322(b)(2); 11 U.S.C. § 1325(a)(1).

12.    A Chapter 13 plan may not be confirmed unless the holder of a secured claim accepts the plan, the property securing the debt is surrendered to the secured claimant, or the secured claimant is paid for the full allowed amount of such claim. See 11 U.S.C. § 1325(a)(5).

13.    A Chapter 13 plan may not be confirmed if it is not feasible. See 11 U.S.C. § 1325(a)(6).

14.    Pursuant to Conn. Gen. Stat.§ 7-258(a), amounts owed to the WPCA not paid within thirty days of the due date constitute a lien upon the real property for which such charges are owed. Specifically, § 7-258(a) provides as follows:

> Any charge for connection with or for the use of a sewerage system, not paid within thirty days of the due date, shall thereupon be delinquent and shall bear interest from the due date at the rate and in the manner provided by the general statutes for delinquent property taxes. Each addition of interest shall be collectible as a part of such connection or use charge. Any such unpaid connection or use charge shall constitute a lien upon the real estate against which such charge was levied from the date it became delinquent. Each such lien may be continued, recorded and released in the manner provided by the general statutes for continuing, recording and releasing property tax liens. Each such lien shall take precedence over all other liens and encumbrances except taxes and may be foreclosed in the same manner as a lien for property taxes.

15. As set forth above, the WPCA provided wastewater services to the Prindle Property and the Wakelee Property, and the sum of $5,509.99 was due and owing as of the Petition Date, and is secured by the Debtor's real property.

16. Although the Chapter 13 Plan recites the requirements of § 1325(a)(5) in a conclusory fashion, the Plan itself does not provide for any payments on account of WPCA's secured claims.

17. Because of the Debtor's failure to treat either of these secured claims in the Plan, the Court should deny the Plan.

18. Finally, the Plan as currently proposed estimates expenses for post-petition sewer fees that are too low. The Debtor's average monthly sewer fees for the Prindle Property and the Wakelee Property total approximately $128/mo., almost double what the Debtor has estimated in his Schedule J. Thus, confirmation should be denied on this additional basis.

WHEREFORE, for the reasons set forth above, the Ansonia Water Pollution Control Authority objects to the confirmation of the Debtor's Chapter 13 Plan.

CREDITOR – ANSONIA WATER
POLLUTION CONTROL AUTHORITY

By  /s/ Sarah Gruber
    Taruna Garg – ct28652
    Sarah Gruber – ct29918

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  860.240.6000
Facsimile:   860.240.6150
Its Attorneys

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 10, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

/s/ Sarah Gruber
Sarah Gruber

# EXHIBIT A

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Franklyn G. Heusser |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number | 17-31672(AMN) |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Ansonia Water Pollution Control Authority
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Sarah Gruber, Esq., c/o Murtha Cullina LLP
Name
185 Asylum Street
Number   Street
Hartford            CT         06103
City                State      ZIP Code
Contact phone  860-240-6060
Contact email  sgruber@murthalaw.com

Where should payments to the creditor be sent? (if different)
Rita St. Jacques, Sewer Administrator
Name
c/o Marshal Arthur Davies, 112 Pershing Dr.
Number   Street
Ansonia            CT         06401
City                State      ZIP Code
Contact phone  203-736-5908
Contact email  wpcaoffice@ansoniact.org

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $ 1,955.72 . Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Sewer Charges - 27 Prindle Avenue

9. **Is all or part of the claim secured?**
   ☐ No
   ☒ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** Statutory lien
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property**: $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ 1,955.72

   **Annual Interest Rate** (when case was filed) 18.00 %
   ☒ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☒ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ☒ No
    ☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/11/2017
                  MM / DD / YYYY

/s/ Sarah Gruber
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Sarah Gruber |
| | First name   Middle name   Last name |
| Title | Attorney for Ansonia Water Pollution Control Authority |
| Company | Murtha Cullina LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 185 Asylum Street |
| | Number   Street |
| | Hartford CT 06103 |
| | City   State   ZIP Code |
| Contact phone | 860-240-6060    Email  sgruber@murthalaw.com |

Official Form 410                         Proof of Claim                         page 3

```
Inquiry Report      CITY OF ANSONIA                      Interest Date : 10/31/2017                                    Page :1
Bill#                Name                                 Prop Loc/Veh.Info./Plan-Sew       TOT Inst      Tax Due      Balance
Unique_id            Address                              MBL/LINK #                        TOT Adj      Int Due      Due Now
Dist                 City/State/Zip                       Flags                             TOT Paid    L/F/Bint Due   Discount

2013-08-0004286-00   HEUSSER FRANK G & DOLORES M          27 PRINDLE AVE | RES              270.00         0.00         0.00
00022480             27 PRINDLE AVE                                                           0.00         0.00         0.00
28  1                ANSONIA CT 06401                     Warrant  /Back Taxes/Lien/Bank - 1 270.00         0.00         0.00

2014-08-0004286-00   HEUSSER FRANK G & DOLORES M          27 PRINDLE AVE | RES              270.00       270.00       364.85
00022480             27 PRINDLE AVE                                                           0.00        94.85       364.85
28  1                ANSONIA CT 06401                     Warrant  /Back Taxes/Lien/Bank - 1   0.00         0.00         0.00

2015-08-0004286-00   HEUSSER FRANK G & DOLORES M          27 PRINDLE AVE | RES              270.00       270.00       350.71
00022480             27 PRINDLE AVE                                                           0.00        56.71       350.71
28  1                ANSONIA CT 06401                     Warrant  /Back Taxes/Lien/Bank - 1   0.00        24.00         0.00

2016-08-0004286-00   HEUSSER FRANK G & DOLORES M          27 PRINDLE AVE | RES              270.00       135.00       280.13
00022480             27 PRINDLE AVE                                                           0.00        10.13       145.13
28  1                ANSONIA CT 06401                     Back Taxes/Bank - 1                  0.00         0.00         0.00

# Of Acct (s) : 4                                                                         1,080.00       675.00       995.69
                                                                                              0.00       161.69       860.69
                                                                                            270.00        24.00         0.00
```

```
Inquiry Report       CITY OF ANSONIA                    Interest Date : 10/31/2017                          Page :1
Bill#                Name                               Prop Loc/Veh.Info./Plan-Sew    TOT Inst    Tax Due    Balance
Unique_id            Address                            MBL/LINK #                     TOT Adj    Int Due    Due Now
Dist                 City/State/Zip                     Flags                          TOT Paid  L/F/Bint Due Discount

2013-06-0002161-00   HEUSSER FRANK G & DOLORES M       27 PRINDLE AVE    | RES         260.90    130.45     223.07
00022480             27 PRINDLE AVE                     049 0021 0006                    0.00     62.62     223.07
28                   ANSONIA CT 06401                   Warrant      /Lien             130.45     30.00       0.00
                     0/42228226

2014-06-0002161-00   HEUSSER FRANK G & DOLORES M       27 PRINDLE AVE    | RES         284.48    284.48     406.62
00022480             27 PRINDLE AVE                     049 0021 0006                    0.00     98.14     406.62
28                   ANSONIA CT 06401                   Warrant /Back Taxes/Lien         0.00     24.00       0.00
                     0/42228226

2015-06-0002161-00   HEUSSER FRANK G & DOLORES M       27 PRINDLE AVE    | RES         279.94    279.94     350.13
00022480             27 PRINDLE AVE                     049 0021 0006                    0.00     46.19     350.13
28                   ANSONIA CT 06401                   Warrant /Back Taxes/Lien         0.00     24.00       0.00
                     0/42228226

2016-06-0002161-00   HEUSSER FRANK G & DOLORES M       27 PRINDLE AVE    | RES         220.42    110.21     225.42
00022480             27 PRINDLE AVE                     049 0021 0006                    0.00      5.00     115.21
2B                   ANSONIA CT 06401                   Back Taxes                       0.00      0.00       0.00
                     0/42228226

# OF Acct(s) : 4                                                                     1,045.74    805.08   1,205.24
                                                                                         0.00    211.95   1,095.03
                                                                                       130.45     78.00       0.00
```

# EXHIBIT B

9133913v1

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Franklyn G. Heusser |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number | 17-31672(AMN) |

Official Form 410

# Proof of Claim                                                                                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Ansonia Water Pollution Control Authority
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Sarah Gruber, Esq., c/o Murtha Cullina LLP
Name
185 Asylum Street
Number   Street
Hartford                CT         06103
City                    State      ZIP Code

Contact phone  860-240-6060
Contact email  sgruber@murthalaw.com

Where should payments to the creditor be sent? (if different)

Rita St. Jacques, Sewer Administrator
Name
c/o Marshal Arthur Davies, 112 Pershing Dr.
Number   Street
Ansonia                 CT         06401
City                    State      ZIP Code

Contact phone  203-736-5908
Contact email  wpcaoffice@ansoniact.org

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___—___ ___ ___ ___—___ ___ ___ ___—___ ___ ___ ___

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                   MM  DD  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              **Proof of Claim**                                page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $3,554.27 . **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Sewer Charges - 142 Wakelee Avenue

**9. Is all or part of the claim secured?**

☐ No
☑ Yes.    The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** Statutory lien
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $3,554.27

**Annual Interest Rate** (when case was filed) 18.00 %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410      **Proof of Claim**      page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  __12/11/2017__
                  MM / DD / YYYY

Signature: __/s/ Sarah Gruber__

**Print the name of the person who is completing and signing this claim:**

| Name | Sarah Gruber |
| | First name    Middle name    Last name |
| Title | Attorney for Ansonia Water Pollution Control Authority |
| Company | Murtha Cullina LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 185 Asylum Street |
| | Number    Street |
| | Hartford CT 06103 |
| | City    State    ZIP Code |
| Contact phone | 860-240-6060    Email  sgruber@murthalaw.com |

| Inquiry Report<br>Bill#<br>Unique_id<br>Dist | CITY OF ANSONIA<br>Name<br>Address<br>City/State/Zip | Interest Date : 10/31/2017<br>Prop Loc/Veh.Info./Plan-Sew<br>MBL/LINK #<br>Flags | TOT Inst<br>TOT Adj<br>TOT Paid | Page :1<br>Tax Due<br>Int Due<br>L/F/Bint Due | Balance<br>Due Now<br>Discount |
|---|---|---|---|---|---|
| 2013-08-0005244-00<br>00022490<br>28  1.5 | HEUSSER FRANK G & DOLORES M<br>142 WAKELEE AVE<br>ANSONIA CT 06401 | 142 WAKELEE AVE \| AUT<br>Warrant   /Lien/Bank - 1.5 | 810.00<br>0.00<br>614.94 | 195.06<br>2.93<br>6.00 | 203.99<br>203.99<br>0.00 |
| 2014-08-0005244-00<br>00022490<br>28  1.5 | HEUSSER FRANK G & DOLORES M<br>142 WAKELEE AVE<br>ANSONIA CT 06401 | 142 WAKELEE AVE \| AUT<br>Warrant   /Back Taxes/Lien/Bank - 1.5 | 810.00<br>0.00<br>0.00 | 810.00<br>315.91<br>24.00 | 1,149.91<br>1,149.91<br>0.00 |
| 2015-08-0005244-00<br>00022490<br>28  1.5 | HEUSSER FRANK G & DOLORES M<br>142 WAKELEE AVE<br>ANSONIA CT 06401 | 142 WAKELEE AVE \| AUT<br>Warrant   /Back Taxes/Lien/Bank - 1.5 | 810.00<br>0.00<br>0.00 | 810.00<br>170.11<br>24.00 | 1,004.11<br>1,004.11<br>0.00 |
| 2016-08-0005244-00<br>00022490<br>28  1.5 | HEUSSER FRANK G & DOLORES M<br>142 WAKELEE AVE<br>ANSONIA CT 06401 | 142 WAKELEE AVE \| AUT<br>Back Taxes/Bank - 1.5 | 810.00<br>0.00<br>0.00 | 405.00<br>30.38<br>0.00 | 840.38<br>435.38<br>0.00 |
| # of Acct (s) : 4 | | | 3,240.00<br>0.00<br>614.94 | 2,220.06<br>519.33<br>54.00 | 3,198.39<br>2,793.39<br>0.00 |

```
Inquiry Report         CITY OF ANSONIA                        Interest Date : 10/31/2017            Page :1
Bill#                  Name                                   Prop Loc/Veh.Info./Plan-Sew   TOT Inst    Tax Due    Balance
Unique_id              Address                                MBL/LINK #                    TOT Adj    Int Due    Due Now
Dist                   City/State/Zip                         Flags                         TOT Paid   L/P/Bint Due Discount

2013-06-0002162-00     HEUSSER FRANK G & DOLORES M            142 WAKELEE AVE | COM          117.20     0.00       0.00
00022490               142 WAKELEE AVE                        011 0060 0000                    0.00     0.00       0.00
28                     ANSONIA CT 06401                                                      117.20     0.00       0.00
                       0/46498266

2014-06-0002162-00     HEUSSER FRANK G & DOLORES M            142 WAKELEE AVE | COM          182.50   182.50      269.47
00022490               142 WAKELEE AVE                        011 0060 0000                    0.00    62.97      269.47
28                     ANSONIA CT 06401                       Warrant   /Lien                  0.00    24.00        0.00
                       0/46498266

2015-06-0002162-00     HEUSSER FRANK G & DOLORES M            142 WAKELEE AVE | COM          334.40   334.40      413.57
00022490               142 WAKELEE AVE                        011 0060 0000                    0.00    55.17      413.57
28                     ANSONIA CT 06401                       Warrant   /Back Taxes/Lien       0.00    24.00        0.00
                       0/46498266

2016-06-0002162-00     HEUSSER FRANK G & DOLORES M            142 WAKELEE AVE | COM          145.68    72.84      150.68
00022490               142 WAKELEE AVE                        011 0060 0000                    0.00     5.00       77.84
28                     ANSONIA CT 06401                       Back Taxes                       0.00     0.00        0.00
                       0/46498266

# Of Acct (s) : 4                                                                            779.78   589.74      833.72
                                                                                               0.00   123.14      760.88
                                                                                             117.20    48.00        0.00
```