UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

|  |  |  |
|---|---|---|
| In re | : | CASE NO. 17-31672 (AMN) |
|  | : |  |
| FRANKLYN G. HEUSSER | : | (Chapter 13) |
|  | : |  |
| Debtor. | : |  |
|  | : | JANUARY 7, 2019 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for the Ansonia Water Pollution Control Authority (the "WPCA"), a secured creditor in the above-referenced bankruptcy case. Pursuant to §§ 102(1), and 342 of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, counsel for the WPCA requests that all notices given/served or required to be given/served in this case or in any proceeding herein to be given to or served on the undersigned attorney.

CREDITOR – SOUTH CENTRAL
CONNECTICUT REGIONAL WATER
AUTHORITY

By  /s/ Taruna Garg – ct28652
     Taruna Garg – ct28652

Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203-653-5400
Facsimile: 203-653-5444
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

/s/ Taruna Garg
Taruna Garg

9707333v1